# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT LODGED AS DETAINER** |
| V. | |
| Raul Colon aka Slick | |
| | CASE NUMBER: 3:03CR43SRU |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to detain  Raul Colon aka Slick

and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Possession of Firearm by a Convicted Felon

ATTESTED TO AS
A TRUE COPY
ON THIS DATE _____
BY: _____
**Deputy Clerk**

in violation of Title 18:922(g)(1) United States Code, Section(s)

| | |
|---|---|
| Kevin F. Rowe | Clerk |
| Name of issuing Officer | Title of Issuing Officer |
| by _[signature] Barbara G. Sunbury_ Deputy Clerk | February 25, 2003 @ Hartford |
| Signature of Issuing Officer | Date and Location |

Note: Prior to your court appearance, please contact the Probation Office in Bridgeport at (203)579-5707

Bail Fixed at $_____    United States Magistrate Judge Thomas P. Smith
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at: Hartford, CT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/27/03 | S/A Kurt Wheeler | by [signature] |
| DATE OF ARREST 3/10/03 | | |