UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RAUL COLON
Petitioner
    v.                                        3:03CR43 (SRU)
                                                3:04CV1508 (SRU)

UNITED STATES OF AMERICA
Respondent

## ORDER TO SHOW CAUSE

      Raul Colon timely filed a petition for writ of habeas corpus. That petition, however, was only today forwarded to the undersigned by the Clerk's Office. The respondent is hereby ORDERED to show cause why the relief prayed for in the motion under 28 U.S.C. § 2255 to vacate, set aside or correct should not be granted. The Court further ORDERS that service by the United States Marshal of this Order, together with a copy of the motion, on respondent's representative, Kevin J. O'Connor, United States Attorney, 157 Church Street, New Haven, CT, on or before January 5, 2006, shall be deemed sufficient. The respondent shall file its response by January 24, 2006. Any reply shall be filed by the petitioner by February 17, 2006.

      It is further ORDERED that the petitioner shall be permitted to proceed in this action without prepayments of fees and costs or security therefore, in accordance with 28 U.S.C. §1915(a).

      SO ORDERED.

      Dated at Bridgeport, Connecticut, this 22nd day of December 2005.

                                                        /s/ Stefan R. Underhill
                                                        Stefan R. Underhill
                                                       United States District Judge