3:03cr43(SRU)

United States District Court
District of Connecticut
Bridgeport Division

Clerk of Court
U.S. District Court
915 Lafayette Blvd.
Bridgeport, Conn. 06604

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
Dec. 20           2005
Kevin F. Rowe, Clerk

Dear Clerk:

    Enclosed, please find my motion under 28 U.S.C. § 2255 and other exhibits that confirm that I did file my motion within one (1) year of my conviction becoming final.

    However, my initial filing was directed to the district of Connecticut, at 141 Church Street, New Haven, rather than Bridgeport. As noted, my application bears the stamped filed signature of the Clerk of Court, on September 10th, 2004.

    In addition, I enclosed also a letter inquiry into the status of my case and was then informed that "no action" had taken place as to my motion. (letter from clerk enclosed).

    Therefore, please toll my time as indicated by my original filed stamped copy. I can't imagine why New Haven did not simply return my 2255 if it was not going to process it, or have it transferred to Bridgeport. Nevertheless, I ask that it be processed at this time. In advance, I appreciate your assistance.

(i)

Sincerely

/s/ Raúl Colón
Raúl Colón # 11981-014
U.S.P. Lee County
P.O. Box 305
Jonesville, Va. 24263-0305

cc: file
12/13/2005

2 of 2

D



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | 4.73 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.78 |

Postmark Here

Sent To: U.S. District Court/Clerk of Court
Street, Apt. No.; or PO Box No. 141 Church Street
City, State, ZIP+4 New Haven, Conn. 06510

PS Form 3800, June 2002    See Reverse for Instructions

7003 2260 0005 2044 0430

---

SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY

U.S. District Court
Clerk of Court
141 Church Street
New Haven, Conn. 06510

Personal
L & J

To: Raul Colon # 11981-014
United States Penitentiary
Lee County
P.O. Box 305
Jonesville, Virginia 24263-0305

