UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAUL COLON, | : CIVIL NO.:  3:04CV1508(SRU) |
| Petitioner; | : |
| | : |
| v. | : |
| | : |
| UNITED STATES OF AMERICA, | : JANUARY 24, 2006 |
| | : |
| Respondent. | : |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The plaintiff, a pro se prisoner, has filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.  The Government's response is due on January 24, 2006. Due to the press of business, to include trial proceedings commencing January 11, 2006 and expecting to conclude around the first week in February, the Government respectfully requests an extension of time of thirty (30) days, to February 22, 2006, to respond to the plaintiff's motion.

      This motion is the first filed by the Government seeking an extension of time to respond to the plaintiff's motion. Because the plaintiff is a pro se prisoner incarcerated out-of-state, the Government has not contacted the plaintiff concerning his position on this motion.

      Respectfully submitted,

      KEVIN J. O'CONNOR
      UNITED STATES ATTORNEY


      ALEXANDER V. HERNANDEZ
      ASSISTANT UNITED STATES ATTORNEY
      Federal Bar No. ct08345

      THOMAS V. DAILY
      ASSISTANT UNITED STATES ATTORNEY
      Federal Bar No. ct 03467
      450 Main Street, Room 328
      Hartford, CT 06103
      (860) 947-1101


## CERTIFICATE OF SERVICE

      A true and correct copy of the foregoing was mailed on this 24th day of January, 2006 to:

Raul Colon
# 11981-014
USP-Lee County
P. O. Box 305
Jonesville, VA 24263-0305

      BY: _____
           ALEX V. HERNANDEZ
           ASSISTANT UNITED STATES ATTORNEY

      FOR: THOMAS V. DAILY
            ASSISTANT UNITED STATES ATTORNEY